AUSA Initials                          AUSA: Clarke / 4840

AO 108 (Rev. by USAO 4/2020) Application By Telephone or Other Electronic Means for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Maryland

✓ FILED    ___ ENTERED
___ LOGGED    ___ RECEIVED

3:41 pm, Oct 13 2021

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
All monies held in BANK OF AMERICA ACCOUNT ) Case No. 1:21-mj-2647 TMD
#4460 4661 2919 held in the name of LEVERAGE )
ONE NINE LLC )

## APPLICATION BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS FOR A WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of Maryland is subject to forfeiture to the United States of America under 18 U.S.C. § 981 *(describe the property)*:

Property is subject to forfeiture under 18 U.S.C. §§ 981(a)(1) and 982(a); and 28 U.S.C. § 2461(c); and 18 U.S.C. §§ 1343, 11349 and 1957 (wire fraud, Conspiracy to Commit Wire Fraud, and Engaging in illegal monetary transactions).

Property to be seized is All monies held in BANK OF AMERICA ACCOUNT #4460 4661 2919 held in the name of LEVERAGE ONE NINE LLC.

The application is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

JELANI A WOSELEY
Digitally signed by JELANI A WOSELEY
Date: 2021.09.21 11:06:18 -04'00'

*Applicant's signature*

Special Agent Jelani Woseley, USSS
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: 9/21/2021

*Judge's signature*

City and state: Baltimore, Maryland          Hon. Thomas M. DiGirolamo, U.S. Magistrate Judge
*Printed name and title*