IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CASE NO. 21-mj-2647-TMD |
| SHAUN LONGLEY, | * |
| Defendant. | * |

## MOTION TO UNSEAL SEIZURE WARRANT

The United States of America, by its attorneys, Erek L. Barron, United States Attorney for the District of Maryland, and Martin J. Clarke, Assistant United States Attorney for said District, for the following reasons, moves this Honorable Court for an order to unseal the seizure warrant in the above-captioned case. The government is not moving to unseal the affidavit at this time, only the warrant. The original reasons for sealing the seizure warrant no longer apply.

**WHEREFORE**, the Government requests that the seizure warrant filed in this action be unsealed until further order of the Court.

Respectfully submitted,

Erek L. Barron
United States Attorney

_____/s/_____
Martin J. Clarke
Assistant United States Attorney

The seizure warrant in this case is **UNSEALED** and **ORDERED** to be filed on the public record as prayed, this __15th__ day of November, 2021.

_____
Honorable J. Mark Coulson
United States District Judge